IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:
   Thomas Hammock and
   Melanie Hammock
     Debtors

CASE NO.: 4:20-bk-13366

Chapter 13

**AGREED ORDER ON
MOTION FOR RELIEF FROM STAY AND MOTION TO ABANDON**

Before the Court is the Motion for Relief from Stay and Motion to Abandon (Dkt. No. 30) filed on December 8, 2020, by U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ("Movant/Creditor"). The Court finding, based on the representations of counsel for Movant, that the Chapter 13 Trustee has expressed no opposition to the Motion; and that Debtors filed a response unopposed to the entry of this Order. The Court being sufficiently advised and upon consideration and for good cause shown, hereby finds and orders as follows:

1.    The 11 U.S.C. §362(a) relief from stay as to Movant/Creditor is hereby granted as to the real property located at 63 Warwick Road, Little Rock, AR 72205.

2.    The Movant, its successors in interest and assigns, is free to foreclose on the Property, pursuant to applicable non-bankruptcy law.

3.    That all communications including but not limited to, notices required by state law, sent by Movant/Creditor in connection with proceeding against the property may be sent directly to the Debtors.

4.    The real property is hereby abandoned pursuant to 11 U.S.C. §554(b) because it is of inconsequential value and benefit to the bankruptcy estate.

5.    Within 30 days after foreclosure and/or liquidation the Movant/Creditor shall provide the Trustee with a full accounting and tender any proceeds above what is owed to the

Movant/Creditor to the Trustee, as related to the disposition of the real property.

6. That based on the lack of opposition to the Motion, the fourteen-day provision of Rule 4001(a)(3) is waived as to Movant, its successors in interest and assigns, and Movant may immediately enforce and implement this Order.

**IT IS HEREBY ORDERED.**

_____
Richard D. Taylor
United States Bankruptcy Judge
Dated: January 6, 2021

**APPROVED & ENTRY REQUESTED**:

/s/ Sammy Hooda
Sammy Hooda
**MARINOSCI LAW GROUP, P.C.**
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone: 972.331.2300
Email: BKinquiries@mlg-defaultlaw.com
Attorney for Creditor

/s/ G. Gregory Niblock
Gregory Niblock
**NIBLOCK & ASSOCIATES**
P.O. Box 1208
Stuttgart, AR 72160
Telephone: 870.673-8444
Email: rjohnson@niblocklaw.com
Attorney for Debtors

_____
Mark T. McCarty
**CHAPTER 13 STANDING TRUSTEE**
P.O. Box 5006
N. Little Rock, AR 72119-5006

| Agreed Order | Page 2 of 2 | MLG No: 19-00207 |

Telephone: 501.374.1572
Email: ecfmail@ch13ark.com